No. D–584.   IN RE DISBARMENT OF FAWELL.   Disbarment entered.   [For earlier order herein, see *ante*, p. 927.]

No. D–593.   IN RE DISBARMENT OF CHRISTNER.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1003.]

No. D–595.   IN RE DISBARMENT OF HARTMAN.   Ronald L. Hartman, of Encino, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on January 12, 1987 [*ante*, p. 1025], is hereby discharged.

No. D–605.   IN RE DISBARMENT OF CLARKE.   It is ordered that David Ross Clarke, of Belton, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–606.   IN RE DISBARMENT OF KNOWLES.   It is ordered that Robert E. Knowles, of Bradenton, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–607.   IN RE DISBARMENT OF EIMERS.   It is ordered that Robert F. Eimers, of Coconut Grove, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig.   TEXAS *v.* NEW MEXICO.   Exceptions to the Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, *e. g.*, *ante*, p. 806.]

No. 94, Orig.   SOUTH CAROLINA *v.* BAKER, SECRETARY OF THE TREASURY.   Report of the Special Master is received and ordered filed.   Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days.   Replies thereto, with supporting briefs, may be filed within 30 days.   [For earlier order herein, see, *e. g.*, 469 U. S. 1083.]

No. 107, Orig.   MICHIGAN *v.* MEESE, ATTORNEY GENERAL OF THE UNITED STATES.   Motion for leave to file bill of complaint denied.